January 5, 2015

Mr. John Brown
Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, Texas 78711

Re:  Rivers, Warren D
      CCA No. AP-77,051
      Trial Court Case No. 0475122

Dear Brown:

The reporter's record in this case is due January 20, 2015. The record is approximately 5,000 pages long. I am unable to complete the record by the due date. I am requesting a 90-day extension to prepare the record.

Respectfully submitted,

Mary M. Mills (Lisa)